UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MORRIS,<br><br>Plaintiff,<br><br>-against-<br><br>WESTCHESTER DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>Defendants. | 26-CV-6937 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated at Greene Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that his rights were violated on May 23, 2026, while he was in the custody of the Westchester County Department of Corrections. For the following reasons, the complaint is dismissed.

Plaintiff has previously submitted to this court a substantially similar complaint against the same Defendants. That case is pending under docket number 26-CV-4638. Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 26-CV-4638.

In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.[1]

[1] Plaintiff did not submit an IFP application or prisoner authorization with this complaint.

**CONCLUSOIN**

The Court dismisses Plaintiff's complaint without prejudice as duplicative of 26-CV-4638.

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: August 20, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge